

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2022

No. 04-22-00111-CV

Reginald **WILDER** II,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

# O R D E R

On March 16, 2022, this court issued its opinion and order in this appeal. A motion for rehearing was due on March 31, 2022. *See* TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing was due not later than April 18, 2022. *See id.* R. 49.9.

On April 25, 2022, Appellant filed a motion for rehearing.

On April 26, 2022, this court denied Appellant's untimely motion for rehearing. *See id.*; *Brookshire Bros., Inc. v. Smith*, 176 S.W.3d 30, 40 (Tex. App.—Houston [1st Dist.] 2004, pet. denied). Our April 26, 2022 order did not modify our previous judgment, vacate the prior judgment and render a new judgment, or issue a different opinion. *See* TEX. R. APP. P. 49.4.

On April 27, 2022, Appellant filed a further motion for rehearing. However, given our April 26, 2022 order did not meet any of the criteria in Rule 49.4, Appellant's further motion for rehearing may not be considered. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2022.



Michael A. Cruz,
Clerk of Court